IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Latrice Cannon, | ) | No.  CV-16-01602-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Fifth Third Bank, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 17, the parties filed a Notice of Settlement as to Defendants Fifth Third Bank and Trans Union, LLC.  (Doc. 58.) The parties filed a stipulation (Doc. 60) as to Defendant Fifth Third Bank on December 16, 2016.  In the Court's November 17, 2016 Order (Doc. 59), the parties were advised, unless a stipulation to dismiss was filed prior to the dismissal date, the case would be dismissed on December 16, 2016. Accordingly,

**IT IS ORDERED:**

1.      That the Stipulation for Dismissal of Fifth Third Bank (Doc. 60) is **granted**;

2.      That Trans Union, LLC is **dismissed with prejudice**;

3.      That this action is **dismissed with prejudice** in its entirety;

4.      That each party shall bear its own costs and attorneys' fees; and

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.      That, Defendants Fifth Third Bank and Trans Union, LLC being the only remaining defendants in this case, the Clerk of Court shall **terminate** this action.

Dated this 21st day of December, 2016.

Honorable Steven P. Logan
United States District Judge